**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

Nos. 01-40474
& 01-40471
Summary Calendar

EULOGIO MIRELES;
BARTOLO MENDIOLA;
ISRAEL TREVINO;
FRANCISCO GONZALES

Plaintiffs - Appellants,

and

DAVID LYNN HORTON

Appellant

versus

CELANESE CORP.;
CELANESE CHEMICAL CO.

Defendants - Appellees.

OSCAR GUERRA

Plaintiff - Appellant

and

DAVID LYNN HORTON

Appellant

versus


CELENESE CORP.; ET AL.


                                              Defendants

CELANESE CORP;
CELANESE CHEMICAL CO


                                    Defendants - Appellees

---

Appeals from the United States District Court
For the Southern District of Texas
(No. C-76-CV-134)

---

March 19, 2002


Before DeMOSS, PARKER and DENNIS, Circuit Judges.

PER CURIAM:

    AFFIRMED.  *See* 5TH CIR. R. 47.6.